UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-MC-00046-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $49,256.00 IN U.S.CURRENCY, and | |
| APPROXIMATELY $4,692.90 SEIZED FROM PREMIER COMMUNITY CREDIT UNION ACCOUNT NUMBER 030526821, HELD IN THE NAME OF YASSER DRHAN, | |
| Defendants. | |

        Pursuant to the Stipulation for Consent Judgment of Forfeiture, the court finds:

        1.     Law enforcement agents with the San Joaquin County Metropolitan Narcotics Task Force (METRO) seized the defendant Approximately $49,256.00 in U.S. Currency ("defendant currency") on August 21, 2014, and Approximately $4,692.90 from Premier Community Credit Union Account Number 030526821, held in the name of Yasser Drhan ("defendant funds" and together with the defendant currency, collectively, the "defendant assets") on August 25, 2014.  U.S. Customs and Border Protection ("CBP") adopted the defendant assets for federal forfeiture on August 25, 2014.

1

2. The CBP commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others.  On or about March 3, 2015, the CBP received claims from Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik, asserting ownership interests in the defendant assets.

3. The United States represents that it could show at a forfeiture trial that law enforcement agents led an investigation into a laundromat owned by Saleh Hassan ("Hassan") and Yasser Drhan ("Drhan").  The laundromat was suspected of being a source of drug dealing, and law enforcement agents believed that Hassan and Drhan distributed and/or conspired to distribute crystal methamphetamine.  On August 21, 2014, San Joaquin County METRO executed two State search warrants in connection with the investigation.

4. The United States could further show at trial that on August 21, 2014, law enforcement agents searched Hassan's business, a laundry mat located at 2023 S. El Dorado Street, Stockton, California.  The search led to the discovery of 36 small baggies packaged for sales of a total gross weight of 16.94 grams of crystal methamphetamine, 3.89 grams of marijuana, digital scales, glass methamphetamine pipes, pay/owe sheets, and $364.00.  Hasan was located at the business and arrested and later pleaded guilty in state court to violating state drug laws.

5. The United States could further show at trial that on August 21, 2014, law enforcement agents executed a search warrant at Drhan's residence, located at 2610 Woodshire Court in Stockton, California.  Before agents conducted the search of the home, Drhan was seen leaving the area at a high rate of speed, and a car stop was initiated.  A search of the vehicle revealed two handguns wrapped in a pair of pants and ammunition on the front seat.   Agents also discovered 180 Alprazolam pills, 27 Hydrocodone pills, and a baggy of a substance believed to be marijuana weighing 1.61 grams.  Drhan was arrested and pleaded guilty in state court to violating state drug laws.

6. The United States could further show at trial that a law enforcement agent observed claimant Afrah Ateik ("Ateik") moving several purses and household items from 2610 Woodshire Court to a neighboring house.  The law enforcement agent contacted the neighbor and

obtained consent to search the house.  The law enforcement agent located the purses hidden behind a couch.  Ateik confirmed that the purses and their contents belonged to her and the neighbor had nothing to do with her attempts to conceal the purses.  The purses contained large amounts of cash and gold.  The cash in the purses combined with cash seized from 2610 Woodshire Court make up the defendant currency.

7. The United States could further show at a forfeiture trial that the defendant currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

8. Without admitting the truth of the factual assertions contained in this stipulation, Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik specifically deny the same, and for the purpose of reaching an amicable resolution and compromise of this matter, Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik agree that an adequate factual basis exists to support forfeiture of the defendant currency.  Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik hereby acknowledge that they are the sole owners of the defendant currency, and that no other person or entity has any legitimate claim of interest therein.  Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency, Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik shall hold harmless and indemnify the United States, as set forth below.

9. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

10. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency was seized.

11. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

/////

/////

/////

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

2. Upon entry of this Consent Judgment of Forfeiture, $31,448.00 of the Approximately $49,256.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Consent Judgment of Forfeiture, but no later than 60 days thereafter, $17,808.00 of the Approximately $49,256.00 in U.S. Currency and Approximately $4,692.90 from Premier Community Credit Union Account Number 030526821, held in the name of Yasser Drhan shall be returned to potential claimants Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik through their attorney Gil Somera.

4. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  Hakima Abohashem, Hayel Hassan, Saleh Hassan, Musaed Drhan, Yasser Drhan, and Afrah Ateik waive the provisions of California Civil Code § 1542.

5. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

6. All parties will bear their own costs and attorney's fees.

7. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency.

/////

1    IT IS SO ORDERED.

2    DATED: October 15, 2015.

_____
UNITED STATES DISTRICT JUDGE